[No. 3333-3-III. Division Three. December 11, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL DUWAINE LEES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26982, Donald N. Olson, J., entered February 26, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 3524-7-III. Division Three. December 11, 1980.]

DAVID J. JOHNSTON, ET AL, *Respondents,* v. G. FRANK BELL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 251254, Donald N. Olson, J., entered June 11, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 3963-II. Division Two. December 12, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS W. HOWK, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 5919, John H. Kirkwood, J., entered March 16, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.